No. 14,454.

PEOPLE IN THE INTEREST OF MINER ET AL.

MINER *v.* MINER.
(85 P. [2d] 1120)

Decided December 5, 1938.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. J. F. MEADOR, for plaintiff in error.

Mr. ALLYN COLE, for defendant in error.

No. 14,457.

KINZIE *v.* INCORPORATED TOWN OF HAXTUN.
(85 P. [2d] 1120)

Decided December 5, 1938.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Bouck not participating.

Mr. CHALKLEY A. WILSON, for plaintiff in error.

Messrs. SAUTER & SANDHOUSE, for defendant in error.